1  **GREGORY J. OWEN, ESQ., CSB #102845**
   **SUSAN A. OWEN, ESQ., CSB #143805**
2  **TAMIKO B. HERRON, ESQ., CSB #155923**
   **OWEN, PATTERSON & OWEN**
3  23822 West Valencia Boulevard, Suite 201
   Valencia, CA  91355
4  (661) 799-3899
   (661) 799-2774/FAX
5  tamiko@owenpatterson.com

6  Attorneys for Plaintiff, ERNEST FRANK PLAGER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| ERNEST FRANK PLAGER, | ) | CASE NO. 2:09-CV-03402-JAM-GGH |
|---|---|---|
| Plaintiff, | ) | **ORDER FOR EXTENSION OF TIME TO FILE REQUEST FOR DISMISSAL** |
| vs. | ) | |
| GORDON TRUCKING INC.; ELIZABETH ANDREWS, an individual; and DOES 1 through 50, inclusive, | ) | **ASSIGNED TO JUDGE JOHN A. MENDEZ** |
| Defendants. | ) | |

The Court, having reviewed Plaintiff's request for extension of time to file a request for dismissal, it is hereby ORDERED that:

1. Plaintiff shall have until May 17, 2010 in which to file a request for dismissal.

DATED: April 26, 2010        /s/ John A. Mendez
                             Hon. District Court Judge John A. Mendez

09cv3402.o.42610.wpd                    1

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 23822 West Valencia Boulevard, Suite 201, Valencia, California  91355.

On April 23, 2010, I served the foregoing document described as: **[PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE REQUEST FOR DISMISSAL,** on the interested parties this action:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| JACKSON LEWIS LLP<br>CARY G. PALMER, ESQ.<br>RANDALL J. HAKES, ESQ.<br>801 K Street, Suite 2300<br>Sacramento, California 95814 | *Attorneys for Defendant, GORDON TRUCKING, INC.* |

[X]   (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Santa Clarita, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY FACSIMILE TRANSMISSION) I delivered such document by facsimile transmission.

[ ]   (PERSONAL SERVICE) I delivered such envelope by hand to the attorney listed above.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the board of this Court at whose direction service was made.

Executed on April 23, 2010, at Valencia, California.

Kristin Berryman