JACKSON LEWIS LLP
CARY G. PALMER (SBN 186601)
RANDALL J. HAKES (SBN 233548)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:   (916) 341-0404
Facsimile:   (916) 341-0141
Palmerc@jacksonlewis.com
Hakesr@jacksonlewis.com

Attorneys for Defendants
GORDON TRUCKING, INC.
and ELIZABETH ANDREWS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERNEST FRANK PLAGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GORDON TRUCKING INC.; ELIZABETH ANDREWS, an individual, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:09-CV-03402-JAM-GGH<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO THE ENTIRE ACTION**<br><br>[FRCP 41(a)(1)(A)(ii)]<br><br>Complaint Filed:   October 2, 2009<br>Trial Date:   TBA |

　　　　IT IS HEREBY ORDERED, pursuant to FRCP 41(a)(1)(A)(ii), that the entire action, as to all parties and all causes of actions and claims, is dismissed with prejudice, with each party to bear his/her/its own respective fees and costs.

　　　　IT IS SO ORDERED.

Dated: May 13, 2010　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　The Honorable John A. Mendez
　　　　　　　　　　　　　　　　　　United States District Court Judge

1

PDF created with pdfFactory trial version www.pdffactory.com